**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| CREATION ENTERTAINMENT, INC.<br><br>Plaintiff,<br><br>v.<br><br>SMALL BUSINESS ADMINISTRATION,<br>et al.,<br><br><br>Defendants. | Civil Action No. 22-0684 (ABJ) |

**PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT**

Pursuant to Federal Rule of Civil Procedure 56 and Local Civil Rule 7(h), Plaintiff Creation Entertainment, Inc. hereby moves for summary judgment. In support of this Motion, Plaintiff relies on the accompanying Memorandum of Points and Authorities, the Administrative Record, and the documents that are the subject of Plaintiff's concurrently filed Motion to Complete the Record, or In the Alternative, Supplement the Record with Extra-Record Evidence. A proposed order is attached.

Dated: December 20, 2022

Respectfully submitted,

/s/ *Jeffrey E. McFadden*
Jeffrey E. McFadden
D.C. Bar No. 434234
LAW OFFICES OF JEFFEREY E.
MCFADDEN
312 Prospect Bay Drive E.
Grasonville, MD 21638-1181
410-490-1163
jmcfadden@jmcfaddenlaw.com

2

Matthew S. Mokwa
Admitted *Pro Hac Vice*
THE MAHER LAW FIRM
398 W. Morse Blvd., Suite 200
Winter Park, FL  32789
407-839-0866
mmokwa@maherlawfirm.com