UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CREATION ENTERTAINMENT, INC.,<br><br>        Plaintiff,<br><br>   v.<br><br>SMALL BUSINESS ADMINISTRATION, et al.,<br><br>        Defendants. | Civil Action No. 22-0684 (ABJ) |

## NOTICE

Defendants Small Business Administration and Administrator Isabella Casillas Guzman, by and through the undersigned counsel, respectfully inform this Court that on May 3, 2024, the D.C. Circuit issued a decision in *Concert Investor LLC v. Small Business Administration*, No. 22-5253, 2024 WL 1945591 (D.C. Cir. May 3, 2024). Accordingly, Defendants withdraw their motion to stay this case pending a decision in *Concert Investor*, ECF No. 42.

Dated: May 3, 2024

Respectfully submitted,

MATTHEW M. GRAVES, D.C. Bar No. 481052
United States Attorney

BRIAN P. HUDAK
Chief, Civil Division

By: /s/
    BRADLEY G. SILVERMAN
    D.C. Bar No. 1531664
    Assistant United States Attorney
    601 D Street NW
    Washington, DC 20530
    (202) 252-2575
    bradley.silverman@usdoj.gov

*Attorneys for the United States of America*