IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

CREATION ENTERTAINMENT, INC.

           Plaintiff,

   v.

SMALL BUSINESS ADMINISTRATION,
et al.,

           Defendants.

Civil Action No. 22-0684 (ABJ)

**PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT**

Pursuant to Federal Rule of Civil Procedure 56 and Local Civil Rule 7(h), Plaintiff Creation Entertainment, Inc. hereby moves for summary judgment. In support of this Motion, Plaintiff relies on the accompanying Memorandum of Points and Authorities and the Administrative Record.

Dated: March 5, 2026

           Respectfully submitted,

           /s/  Matthew S. Mokwa
           Matthew S. Mokwa
           Admitted *Pro Hac Vice*
           THE MAHER LAW FIRM
           398 W. Morse Blvd., Suite 200
           Winter Park, FL  32789
           407-839-0866
           mmokwa@maherlawfirm.com


           Jeffrey E. McFadden
           D.C. Bar No. 434234
           LAW OFFICES OF JEFFEREY E.
           MCFADDEN

312 Prospect Bay Drive E.
Grasonville, MD 21638-1181
410-490-1163
jmcfadden@jmcfaddenlaw.com